UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIL GREEN,

    Plaintiff,                                  Case No. 1:09-cv-130

v                                                 HON. JANET T. NEFF

SHIRLEE HARRY et al.,

    Defendants.
_____/

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 42) are DENIED and the Report and Recommendation (Dkt 39) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt 31), Motion for Temporary Restraining Order (Dkt 37), and Amended Motion for Preliminary Injunction (Dkt 40) are DENIED.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of the Order would not be taken in good faith.


Date: December 14, 2009                                 /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge